NORFOLK BEET SUGAR COMPANY V. STATE OF NEBRASKA.

FILED JANUARY 5, 1905.   No. 13,996.

Decision Followed.   *Oxnard Beet Sugar Co. v. State, ante,* p. 57, followed.

ERROR to the district court for Lancaster county: LINCOLN FROST, JUDGE. *Affirmed.*

*Charles F. Manderson, James E. Kelby, Frank H. Gaines* and *Edward R. Duffie,* for plaintiff in error.

*Frank N. Prout, Attorney General,* and *Norris Brown,* contra.

OLDHAM, C.

This is a companion case with *Oxnard Beet Sugar Co. v. State, ante,* p. 57, alleging a claim for bounty under the same act. The petitions are similar, and a demurrer was sustained by the court below in each. In this court the cases were argued together; consequently, for the reasons stated in *Oxnard Beet Sugar Co. v. State, supra,* the judgment of the trial court should be affirmed.

AMES and LETTON, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

AFFIRMED.